OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PRESORTED FIRST CLASS

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R
0006557458
MAILED FROM ZIP CODE 78701

$ 00.26⁵
JAN 21 2015

PITNEY BOWES

1/20/2015
JACKSON, JAMES EDWARDS   Tr. Ct. No. 894116-A   WR-74,644-04
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

JAMES EDWARDS JACKSON
20002 CHERRY OAKS LANE
HUMBLE, TX 77346

U T F

LAVRS3B 77346